**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Texas, San Antonio Division

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. Debtor's name | Sanjel (USA) Inc. |
| 2. Debtor's unique identifier | **For non-individual debtors:**<br>☑ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __<br>☐ Other _____. Describe identifier _____<br><br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>☐ Other _____. Describe identifier _____ |
| 3. Name of foreign representative(s) | PricewaterhouseCoopers, Inc. |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | Proceeding under the Canadian Companies' Creditors Arrangement Act |
| 5. Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor  Sanjel (USA) Inc.                                    Case number (if known) _____
        Name

| 8. Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

26 West Sixth Avenue, P.O. Box 1691
Number      Street

c/o Corporation Service Company
P.O. Box

Helena, MT 59624-1961
City          State/Province/Region     ZIP/Postal Code

United States
Country

Individual debtor's habitual residence:

_____
Number      Street

_____
P.O. Box

_____
City          State/Province/Region     ZIP/Postal Code

_____
Country

Address of foreign representative(s):

111 5 Ave. SW #3100
Number      Street

_____
P.O. Box

Calgary, AB T2P 5L3
City          State/Province/Region     ZIP/Postal Code

Canada
Country

**10. Debtor's website (URL)**   www.sanjel.com

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

Debtor  Sanjel (USA) Inc.
        Name

Case number (if known) _____

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[signature]_          CLINTON ROBERTS
Signature of foreign representative          Printed name

Executed on  04/04/2016
             MM / DD / YYYY

X _____     _____
Signature of foreign representative          Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X _[signature]_     Date  04/04/2016
Signature of Attorney for foreign representative          MM / DD / YYYY

Deborah D. Williamson
Printed name

Dykema Cox Smith
Firm name

112 E. Pecan Street, Suite 1800
Number    Street

San Antonio                TX    78205
City                       State  ZIP Code

(210) 554-5275             dwilliamson@dykema.com
Contact phone              Email address

21617500                   TX
Bar number                 State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

Print   Save As...   Add Attachment   Reset