**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** <br> **SANJEL (USA) INC.,** <br> Debtor in a foreign proceeding. | § § § § | **Case No. 16-50778** <br> **Chapter 15** |
| **In re:** <br> **SANJEL CORPORATION,** <br> Debtor in a foreign proceeding. | § § § § | **Case No. 16-50784** <br> **Chapter 15** |
| **In re:** <br> **SURETECH GROUP LTD.,** <br> Debtor in a foreign proceeding. | § § § § | **Case No. 16-50786** <br> **Chapter 15** |
| **In re:** <br> **SANJEL ENERGY SERVICES (USA) INC.,** <br> Debtor in a foreign proceeding. | § § § § § | **Case No. 16-50795** <br> **Chapter 15** |
| **In re:** <br> **SURETECH COMPLETIONS (USA) INC.,** <br> Debtor in a foreign proceeding. | § § § § § | **Case No. 16-50789** <br> **Chapter 15** |
| **In re:** <br> **SANJEL CAPITAL (USA) INC.,** <br> Debtor in a foreign proceeding. | § § § § | **Case No. 16-50783** <br> **Chapter 15** |
| **In re:** <br> **TERRACOR GROUP LTD.,** <br> Debtor in a foreign proceeding. | § § § § | **Case No. 16-50790** <br> **Chapter 15** |
| **In re:** <br> **TERRACOR (USA) INC.,** <br> Debtor in a foreign proceeding. | § § § § | **Case No. 16-50791** <br> **Chapter 15** |
| **In re:** <br> **TERRACOR RESOURCES (USA) INC.,** <br> Debtor in a foreign proceeding. | § § § § | **CASE NO. 16-50793** <br> **Chapter 15** |
| **In re:** <br> **TERRACOR LOGISTICS (USA) INC.,** <br> Debtor in a foreign proceeding. | § § § § § | **CASE NO. 16-50794** <br> **Chapter 15** <br> **(Joint Administration Pending)** |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the above-captioned debtors (the "***Chapter 15 Debtors***") in these chapter 15 cases (the "***Cases***") request, pursuant to rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), that all notices given or required to be given and all papers served or required to be served in the Cases be also given to and served on:

>Harry A. Perrin
>John E. West
>Reese A. O'Connor
>**VINSON & ELKINS LLP**
>First City Tower
>1001 Fannin Street, Suite 2500
>Houston, TX 77002-6760
>Tel: 713.758.2222
>Fax: 713.758.2346
>hperrin@velaw.com
>jwest@velaw.com
>roconnor@velaw.com

>-and-

>Steven M. Abramowitz
>666 Fifth Avenue, 26th Floor
>New York, NY 10103-0040
>Tel: 212.237.0000
>Fax: 212.237.0100
>sabramowitz@velaw.com

**PLEASE TAKE FURTHER NOTICE** that foregoing request applies to and includes all notices and papers referenced in Bankruptcy Rule 2002 and also includes, without limitation, all orders, notices, and pleadings relating to any application, motion, petition, objection, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex, or otherwise in the Cases.

US 4129646v.1

Dated: April 4, 2016

**VINSON & ELKINS LLP**

By: */s/ Reese A. O'Connor*
Harry A. Perrin (TX 15796800)
John E. West (TX 21202500)
Reese A. O'Connor (TX 24092910)
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: 713.758.2222
Fax: 713.758.2346
hperrin@velaw.com
jwest@velaw.com
roconnor@velaw.com

-and-

Steven M. Abramowitz
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel: 212.237.0000
Fax: 212.237.0100
sabramowitz@velaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 4, 2016, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Reese A. O'Connor*
One of Counsel

US 4129646v.1