# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: <br> **SANJEL (USA) INC.,** <br>     Debtor in a foreign proceeding. | § § § § | **Case No. 16-50778** <br> **Chapter 15** |
| In re: <br> **SANJEL CORPORATION,** <br>     Debtor in a foreign proceeding. | § § § § | **Case No. 16-50784** <br> **Chapter 15** |
| In re: <br> **SURETECH GROUP LTD.,** <br>     Debtor in a foreign proceeding. | § § § § | **Case No. 16-50786** <br> **Chapter 15** |
| In re: <br> **SANJEL ENERGY SERVICES (USA) INC.,** <br>     Debtor in a foreign proceeding. | § § § § § | **Case No. 16-50795** <br> **Chapter 15** |
| In re: <br> **SURETECH COMPLETIONS (USA) INC.,** <br>     Debtor in a foreign proceeding. | § § § § § | **Case No. 16-50789** <br> **Chapter 15** |
| In re: <br> **SANJEL CAPITAL (USA) INC.,** <br>     Debtor in a foreign proceeding. | § § § § | **Case No. 16-50783** <br> **Chapter 15** |
| In re: <br> **TERRACOR GROUP LTD.,** <br>     Debtor in a foreign proceeding. | § § § § | **Case No. 16-50790** <br> **Chapter 15** |
| In re: <br> **TERRACOR (USA) INC.,** <br>     Debtor in a foreign proceeding. | § § § § | **Case No. 16-50791** <br> **Chapter 15** |
| In re: <br> **TERRACOR RESOURCES (USA) INC.,** <br>     Debtor in a foreign proceeding. | § § § § | **Case No. 16-50793** <br> **Chapter 15** |
| In re: <br> **TERRACOR LOGISTICS (USA) INC.,** <br>     Debtor in a foreign proceeding. | § § § § § | **Case No. 16-50794** <br> **Chapter 15** <br> **Joint Administration Pending** |

## AGENDA FOR HEARING ON APRIL 5, 2016 AT 8:00 A.M.

A. **EMERGENCY MOTION FOR JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 15 CASES [DOCKET NO. 2]**

   Status: – Going Forward

B. **MONITOR'S EMERGENCY EX PARTE APPLICATION FOR TEMORARY RESTRAINING ORDER AND RELEIF PURSUANT TO SECTIONS 105(A), 1519, 1521 AND OTHER SECTIONS OF THE BANKRUPTCY CODE [DOCKET NO. 6]**

   Status: – Going Forward

C. **MOTION FOR AN ORDER (I) SPECIFICALLY RECOGNIZING CANADIAN COURT ORDER AUTHORIZING DEBTORS TO BORROW UNDER A POST-PETITION CREDIT FACILITY (II) APPROVING LIENS ON ASSETS LOCATED IN THE TERRITORIAL JURISDICTION OF THE UNITED STATES AND (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURURED PARTIES [DOCKET NO. 13]**

   Status: – Going Forward

D. **EMERGENCY MOTION TO LIMIT SERVICE [DOCKET NO. 5]**

   Status: – Going Forward

Dated: April 4, 2016

Respectfully submitted,
**DYKEMA COX SMITH**
By: _/s/ Deborah D. Williamson_
Deborah D. Williamson
State Bar No. 21617500
Patrick L. Huffstickler
State Bar No. 10199250
Patrick B. McMillin
State Bar No. 24088035
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)
dwilliamson@dykema.com
**COUNSEL FOR THE CANADIAN MONITOR AND FOREIGN REPRESENTATIVE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on this 4th day of April, 2016.

                                                */s/ Deborah D. Williamson*
                                                Deborah D. Williamson